AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
# By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1.     To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.     You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.     Make sure the form is typed or neatly written.

4.     You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.     Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6.     You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7.     In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.     When you have completed the form, send the original and _____ copies to the Clerk of the United States District Court at this address:

**Clerk, United States District Court for**
**Address**
**City, State  Zip Code**

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.     <u>**CAUTION:**</u> **You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date**.

10.     <u>**CAPITAL CASES:**</u> **If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel**.

AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br><br>Nathan Kinney | | Docket or Case No.: |
| Place of Confinement :<br>**Massachusetts Corectional Institution-Cedar Junction**<br> South Walpole, MA 02071 | Prisoner No.:<br><br>W96763 | |
| Petitioner (include the name under which you were convicted)<br><br>**Nathan Kinney**<br><br>v. | Respondent (authorized person having custody of petitioner)<br><br>**Douglas W. DeMoura,**<br>**Superintendent**<br>**MCI-Cedar Junction** | |
| The Attorney General of the State of: Massachusetts, Maura Healy | | |

## PETITION

1.     (a) Name and location of court that entered the judgment of conviction you are challenging:

   Suffolk County Superior Court

   3 Pemberton Square

   Boston, MA 02108

   (b) Criminal docket or case number (if you know):   0984CR10185

2.     (a) Date of the judgment of conviction (if you know):   June 28, 2010

   (b) Date of sentencing:   June 30, 2010

3.     Length of sentence:   17-22 years

4.     In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes    ☐ No

5.     Identify all crimes of which you were convicted and sentenced in this case:

   1. Armed Assault with Intent to Murder: 10-12 years

   2. Assault & Battery w/ Dangerous Weapon causing Serious Bodily Injury: 10-12 years

   concurrent with count 1

   3. Assault & Battery w/ Dangerous Weapon causing Serious Bodily Injury: 4-5 years from

   and after counts 1 & 2

   4. Unlawful Carry Firearm: 3-5 years from and after count 3

6.     (a) What was your plea? (Check one)

   ☑ (1)    Not guilty      ☐ (3)    Nolo contendere (no contest)

   ☐ (2)    Guilty         ☐ (4)    Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes      ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:        Massachusetts Appeals Court

(b) Docket or case number (if you know):        2017-P-0055

(c) Result:        Judgments affirmed

(d) Date of result (if you know):        March 19, 2019

(e) Citation to the case (if you know):        95 Mass. App. Ct. 1103 (2019)

(f) Grounds raised:        1. Motion to suppress identification was erroneously denied.

2. Among other evidentiary errors, trial judge committed reversible error when he admitted, over

objection, testimony that Mr. Kinney was arrested in Alabama nearly five months after the shooting

and brought back to Boston by police, where there was no evidence when he left

3. Prosecutorial misconduct

4. Ineffective assistance of counsel

5. Insufficient evidence to prove element of "serious bodily injury"

(g) Did you seek further review by a higher state court?        ☑ Yes      ☐ No

If yes, answer the following:

(1) Name of court:        Supreme Judicial Court of Massachusetts

(2) Docket or case number (if you know):        FAR-26750

(3) Result:        Application for Further Appellate Review Denied

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): July 31, 2019

(5) Citation to the case (if you know): 482 Mass. 1107 (2019)

(6) Grounds raised: 1. Judge erroneously denied motion to suppress identification

2. Improper admission of opinion testimony and 3. in-court identification

4. Among other evidentiary errors, Kinney was denied a fair trial where the judge admitted evidence that he was

arrested in Alabama 6 months after the crime. 5. Prosecutorial misconduct and ineffective assistance of counsel

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Suffolk County Superior Court

(2) Docket or case number (if you know): 0984CR10185

(3) Date of filing (if you know): May 11, 2015

(4) Nature of the proceeding: Motion for New Trial

(5) Grounds raised: 1. Ineffective assistance of counsel

2. Prosecutorial misconduct deprived Kinney of fair trial, including elicitation of improper

consciousness of guilt evidence regarding arrest in Alabama

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes   ☑ No

(7) Result: Motion for New Trial Denied

AO 241 (Rev. 09/17)

    (8) Date of result (if you know):    December 28, 2016

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes    ❏ No

    (7) Result:

    (8) Date of result (if you know):

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes     ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ✔ Yes      ❏ No

(2) Second petition:   ❏ Yes      ❏ No

(3) Third petition:     ❏ Yes      ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    Mr. Kinney's right to due process and a fair trial under the Sixth and Fourteenth Amendments to the US Constitution was violated

when, over his objection, the prosecutor elicited, and the trial judge admitted, improper "consciousness of guilt" evidence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Over Mr. Kinney's objection, the prosecutor elicited and the judge admitted evidence that Mr. Kinney was arrested in Alabama

about 6 months after the shooting and brought back to Boston by police to show his consciousness of guilt. At a pretrial hearing

the prosecutor conceded that there was no evidence of when Mr. Kinney left Boston. In closing argument, the prosecutor

argued that Mr. Kinney fled to Alabama after the shooting to avoid apprehension for the crime that he committed.

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for New Trial

Name and location of the court where the motion or petition was filed:     Suffolk County Superior Court

3 Pemberton Square, Boston MA 02108

Docket or case number (if you know):     0984CR10185

Date of the court's decision:     December 28, 2016

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☑ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     Massachusetts Appeals Court

1 Pemberton Square, Boston, MA 02108

Docket or case number (if you know):     2017-P-0055

Date of the court's decision:     March 19, 2019

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:    Sought further appellate review of the issue in the

Massachusetts Supreme Judicial Court in FAR-26750.


**GROUND TWO:** _____


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____


(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____


(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏  Yes    ❏  No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____


(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes    ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?              ❐ Yes     ❐ No

(4) Did you appeal from the denial of your motion or petition?         ❐ Yes     ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❐ Yes     ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)      **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ❏   Yes      ❏   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes      ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?      ❏   Yes      ❏   No

(4) Did you appeal from the denial of your motion or petition?      ❏   Yes      ❏   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ❏   Yes      ❏   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

       (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

     have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏  Yes    ❏  No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings**:

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ❏  Yes    ❏  No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ❏  Yes    ❏  No

(4) Did you appeal from the denial of your motion or petition?  ❏  Yes    ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❏  Yes    ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.      Please answer these additional questions about the petition you are filing:

(a)      Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?     ☑ Yes          ☐    No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:     _____

_____

_____

_____

(b)      Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.      Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?         ☐    Yes      ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.     _____

_____

_____

_____

_____

_____

_____

15.      Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?         ☐    Yes      ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.     _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea:     John G. Tardif, Retired

_____

(c) At trial:        John G. Tardif, Retired

_____

(d) At sentencing:     John G. Tardif, Retired

_____

(e) On appeal:     Estera Halpern, 1157 Beacon St., Brookline, MA 02146

_____

(f) In any post-conviction proceeding:      Estera Halpern, 1157 Beacon St., Brookline, MA 02146

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

Estera Halpern, 1157 Beacon St., Brookline, MA 02146

_____

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?            ☐   Yes       ☑   No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?              ☐   Yes       ☐   No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Release him from the Custody of the Respondent and order a new trial

or any other relief to which petitioner may be entitled.

_____
                            Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on  _____  (month, date, year).

Executed (signed) on  10/28/20  (date).

x _____
                            Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____